# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MICHAEL J. MAYS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:23-cv-01478-ACA-SGC |
| **STATE OF ALABAMA,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on February 24, 2024 recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 9). Although the magistrate judge advised Plaintiff Michael J. Mays of his right to file written objections within 14 days (*id.* at 7–8), the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss the action without prejudice for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this November 1, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE